PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:20-PO-00205-JLT |
|---|---|
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO VACATE RESTITUTION HEARING |
| v. | |
| JASON MURCHISON, | |
| Defendants. | |

This case is set for a restitution hearing on July 21, 2021.

After reviewing the evidence and applicable law, the United States has decided to withdraw its request for restitution in this case. Therefore the United States requests that the Court vacate the July 21, 2021 restitution hearing in this matter and close the case.

Dated: July 16, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

    Dated:   **July 16, 2021**                  **/s/ Jennifer L. Thurston**
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE